```
 1
 2
 3
 4
 5
 6
 7                   IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9  UNITED STATES OF AMERICA,      )    CR. NO. S-09-179-GEB
                                   )
10                  Plaintiff,     )
                                   )    RELATED CASE ORDER
11        v.                       )
12                                 )
    ANTHONY VASSALLO,              )
13                                 )
                    Defendant.     )
14  _____)
                                   )
15  UNITED STATES OF AMERICA,      )    CR. NO. S-09-459-JAM
                                   )
16                  Plaintiff,     )
                                   )
17        v.                       )
                                   )
18  KENNETH KENITZER,              )
                                   )
19                  Defendant.     )
    _____)
20
```

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 83-123(a), since the United States represents they stem "from the same set of facts." Accordingly, the assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that action CR. NO. S-09-459-JAM is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings. Further, the caption on documents filed in the

1

reassigned case shall show the case number as CR. NO. S-09-459-GEB.

This reassignment is in accordance with the regular practice of this court authorizing the judge to whom the first filed action was assigned to reassign the later filed action.

The Clerk of Court shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  November 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge