1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for the United States of America
7
                  IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00459 GEB
12 |         Plaintiff,        | **STIPULATION TO CONTINUE STATUS CONFERENCE RE SENTENCING OF KENNETH KENITZER**
13 |         v.                |
14 | KENNETH KENITZER,         | DATE: May 24, 2013
   |                           | TIME: 9:00 a.m.
15 |         Defendant.        | JUDGE: Honorable Garland E. Burrell

16

17

18                          **STIPULATION**

19     On February 12, 2010, Kenneth Kenitzer pled guilty to an information filed on December 28,

20 2009, charging him with conduct related to the Ponzi scheme orchestrated by Anthony Vassallo.

21 Vassallo is charged in the case United States v. Anthony Vassallo, Case No. 2:09-CR-00179 GEB.  Mr.

22 Kenitzer is cooperating against Mr. Vassallo.  As Mr. Vassallo's sentencing has moved until June 21,

23 2013, the parties request that the status conference concerning Mr. Kenitzer's sentencing be continued

24 ///

25 ///

26 ///

27 ///

28 ///

   Stipulation to Continue Status Conference          1

from May 24, 2013, to June 21, 2013.

Dated:  May 22, 2013                                  Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

                                              By:     */s/    Lee S. Bickley*
                                                      JEAN M. HOBLER
                                                      LEE S. BICKLEY

Dated:  May 22, 2013                                  */s/    Lee S. Bickley* for George Brunt
                                                      George Brunt
                                                      Counsel for Kenneth Kenitzer

## ORDER

The parties' stipulation is adopted and therefore the status conference concerning Mr. Kenitzer's judgment and sentencing is continued from May 24, 2013, to June 21, 2013.

**Date: 5/23/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge