IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>KENNETH KENITZER,<br><br>                  Defendant. | Case No.: 2:09-CR-000459-GEB<br><br>**ORDER RE RESTITUTION** |

Pending before the Court is the Plaintiff and Defendant's stipulation proposing to treat some monies recovered by the Securities and Exchange Commission (SEC) in its civil prosecution of defendants Kenneth Kenitzer and Anthony Vassallo in the case denominated as *SEC v. Anthony Vassallo, et al*, Case No. 2:09-cv-00665-JAM-KJN as a parallel recovery of the unpaid criminal restitution orders entered against Kenitzer in this case and Vassallo in the case denominated as *United States v. Vassallo*, Case No. 2:09-cr-00179-GEB.

The Court, having reviewed the court files and the Parties' Stipulation re Restitution (the Stipulation), and good cause appearing therefrom, herby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the:

1. Clerk of Court CREDIT defendant Kenitzer's restitution order in this case in the amount of $949,066.62 and as set forth in Appendix 3 of the Parties' Stipulation; and

2. Judgment in this case is AMENDED such that any future monetary recoveries made in

Order re Restitution

1

1  the SEC's civil prosecution of defendant Kenneth Kenitzer in the case denominated as *SEC v. Anthony*
2  *Vassallo, et al*, Case No. 2:09-cv-00665-JAM-KJN, shall be CREDITED to defendant Kenitzer's
3  restitution order in this case.
4          IT IS SO ORDERED.
5          Dated:  April 21, 2016

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

Order re Restitution

2