PHILLIP A. TALBERT
Acting United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KENITZER,<br><br>Defendant. | Case No.: 2:09-CR-000459-GEB<br><br>**STIPULATION RE AMENDING RESTITUTION ORDER; AND [PROPOSED] ORDER THEREON**<br><br>[No Hearing Requested] |

By order filed on April 21, 2016, the Court directed the Clerk of Court to credit defendant Kenneth Kenitzer's restitution order in this case in the amount of $949,066.62 based on payments disbursed to victims in the parallel civil case denominated as *SEC v. Anthony Vassallo, et al.*, Case No. 2:08-cv-00665-JAM-KJN.  ECF No. 41.  The Court issued its order based upon the parties' underlying stipulation re restitution.  During the process of reconciling the amounts to be credited as ordered, however, it was discovered that the amount that should be credited totals $949,066.82, not the previously ordered amount of $949,066.62.

The parties stipulate that the proper credit amount is $949,066.82.  They request that the Court amend its April 21, 2016 order accordingly and restate the provision amending the judgment in this case such that any future recoveries in the SEC civil case referenced above are credited to defendant

1

Stipulation re Amended
Restitution Order and [Proposed] Order

Kenitzer's restitution order in this case.

                    Respectfully submitted,

FOR THE UNITED STATES:

                    PHILLIP A. TALBERT
                    Acting United States Attorney

Dated: June 8, 2016          By:   */s/ Kurt A. Didier*
                    KURT A. DIDIER
                    Assistant United States Attorney

FOR THE DEFENDANT, KENNETH KENITZER:

Dated: June 8, 2016          By:   */s/ George Brunt (by permission)*
                    GEORGE BRUNT, Counsel for Defendant

## **O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Amending Restitution Order (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the:

1. Clerk of Court CREDIT defendant Kenitzer's restitution order in this case in the amount of $949,066.82; and

2. Judgment in this case is amended such that any future monetary recoveries made in the Securities and Exchange Commission's civil prosecution of defendant Kenneth Kenitzer in the case denominated as *SEC v. Anthony Vassallo, et al*, Case No. 2:09-cv-00665-JAM-KJN, shall be CREDITED to defendant Kenitzer's restitution order in this case.

IT IS SO ORDERED.

Dated: June 9, 2016

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge

Stipulation re Amended
Restitution Order and [Proposed] Order